```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

REUBEN TAUB,                        :    15 Civ. 01366

              Plaintiff,            :

       -against-                    :

ARRAYIT CORPORATION, RENE SCHENA,   :
MARK SCHENA and TODD MATINSKY,
                                    :
              Defendants.
-----------------------------------x
```

<u>JURY DEMAND</u>

Plaintiff demands trial by jury on all issues properly triable by right by a jury.

Dated:  New York, New York
        March 2, 2015

```
                              _____/s/_____
                              IRA DANIEL TOKAYER, ESQ. (IT-4734)
                              Attorney for Plaintiff
                              405 Lexington Aveneue, 7th Floor
                              New York, New York 10174
                              (212) 695-5250
```

Jury Demand.wpd