UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

REUBEN TAUB, IRWIN L. ZALCBERG : 15 Civ. 01366 (ALC)
and IRWIN ZALCBERG PROFIT SHARING
PLAN, :

          Plaintiffs, :

    - against - : **DECLARATION**

ARRAYIT CORPORATION, RENE SCHENA, :
MARK SCHENA and TODD MARTINSKY,
                                      :
          Defendants.
                                      :
----------------------------------------------------------x

       RONALD G. QUINTERO, declares the following to be true under penalty of perjury:

       1.    I am fully familiar with the matters set forth herein.

       2.    Common stock issued in connection with a registration statement that has been filed with the Securities and Exchange Commission ("SEC"), as well as registered common stock that is issuable upon exercise of associated warrants, are freely tradable, and thus more valuable, than common stock and related warrants that have not been registered with the SEC. Thus, even if the common stock and warrants called for by the Contribution Agreement would have been issued, Defendants' failure to register the common shares would have caused independent and quantifiable damage to Plaintiffs.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of October 2018, in New York, New York.

_____
RONALD G. QUINTERO