USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/23/2020__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
**TAUB, ET AL.**,

      Plaintiffs,

            - against -

**ARRAYIT CORP., ET AL.**,

      Defendants.
---------------------------------X

15-cv-01366(ALC)(JLC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   Defendants are directed to respond to Plaintiffs' June 12, 2020 letter, ECF No. 197, by June 29, 2020.

**SO ORDERED:**

Dated: New York, New York
       June 23, 2020

                                  Andrew L. Carter, Jr.
                                  United States District Judge