USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  7/8/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x

**TAUB, ET AL.,**                                                       :
                                                                        :
                                           **Plaintiffs,**              :
                                                                        :       **15-cv-01366 (ALC) (JLC)**
              **-against-**                                             :
                                                                        :       **ORDER**
**ARRAYIT CORPORATION, ET AL.,**                                        :
                                                                        :
                                          **Defendants.**               :
                                                                        :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' letters regarding Plaintiffs' request for a pre-trial

conference. ECF Nos. 197, 199, 200. Plaintiffs' request is premature in light of the

Southern District of New York's Standing Orders regarding jury trials during the ongoing public

health emergency. Therefore, Plaintiffs' request is DENIED without prejudice.

**SO ORDERED.**

**Dated:**       **New York, New York**
                 **July 8, 2020**

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**