```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TAUB, ET AL.,                                    :
                            Plaintiffs,          :
                                                 :
        v.                                       :    1:15-cv-01366-ALC-JLC
                                                 :    ORDER
ARRAYIT CORPORATION, ET AL.,                     :
                                                 :
                            Defendants.          :
                                                 :
                                                 :
------------------------------------------------------------------: x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/18/2020__

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' Joint Status Report. The Court is aware that the Parties filed a Joint Pre-Trial Order on February 28, 2017. The Parties are ORDERED to file a Joint Pre-Trial Order, updated in light of this matter's progress since February 2017, by February 10, 2021.

**SO ORDERED.**
Dated: **November 18, 2020**
         **New York, New York**

_/s/ Andrew L. Carter_
**ANDREW L. CARTER, JR.**
**United States District Judge**