UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TAUB, ET AL.,
       Plaintiffs,

  v.           1:15-cv-01366-ALC-JLC
             **ORDER**

ARRAYIT CORPORATION, ET AL.,

       Defendants.
-----------------------------------------------------------------x

**ANDREW L. CARTER, JR., District Judge:**

  The parties are ORDERED to file a joint letter indicating their availability for trial during Summer 2021 by March 5, 2021.

**SO ORDERED.**
Dated: February 18, 2020
   New York, New York

               _____
               **ANDREW L. CARTER, JR.**
               United States District Judge