```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TAUB, ET AL.,                                     :
                    Plaintiffs,                   :
                                                  :
         v.                                       :     1:15-cv-01366-ALC-JLC
                                                  :     ORDER
ARRAYIT CORPORATION, ET AL.,                      :
                                                  :
                    Defendants.                   :
                                                  :
                                                  :
-----------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/10/2021_____

**ANDREW L. CARTER, JR., District Judge:**

The parties are ORDERED to file a joint letter indicating their availability for trial during Fall 2021 by March 19, 2021.

**SO ORDERED.**
Dated: March 10 2021
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**