USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Sept. 21, 2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Reuben Taub et al.,**

                      **Plaintiffs,**

      **-against-**

**Arrayit Corporation et al.,**

                      **Defendants.**

**15-CV-1366-ALC-JLC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      This Court previously set jury selection and trial in the above-captioned action for October 18, 2021. ECF No. 211. There are nine other cases ahead of this action currently in the queue for trials that week. In light of this information, the Parties are **ORDERED** to submit a joint report on how they would like to proceed with this case no later than **Sept. 28, 2021**.

**SO ORDERED.**

**Dated**: Sept. 21, 2021
         New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**