UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Reuben Taub, et al.,

      Plaintiffs,

  -against-

Arrayit Corporation et al.

      Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 12, 2021

1:15-CV-1366 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of the Parties' joint status report regarding trial. ECF No. 215. The Court will hold a status conference on **Wednesday, October 13, 2021 at 11:30AM ET**. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: Oct. 12 2021
    New York, New York

                     **ANDREW L. CARTER, JR.**
                     **United States District Judge**