```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/13/21__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

Reuben Taub et al.,                                     15 Cv. 1366 (ALC)(JLC)

**ORDER**

       -against-

Arrayit Corporation et al.,

-----------------------------------------------------------X
ANDREW L. CARTER, JR., District Judge:

      The Jury Selection and Trial scheduled for October 18, 2021 are adjourned without a date.

SO ORDERED.

Dated: New York, New York
       October 13, 2021

                                  _____
                                  ANDREW L. CARTER, JR.
                                  UNITED STATES DISTRICT JUDGE