USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Dec. 28, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Reuben Taub, et al.,**

                                **Plaintiffs,**

    **against**                               **15-CV-01366-ALC-JLC**

**Arrayit Corp., et al.,**                  **<u>ORDER</u>**

                                **Defendants.**

**ANDREW L. CARTER, JR., United States District Judge:**

    Jury selection and trial set for **March 3, 2022** at **10:00AM Eastern Time**. The Court will hold a status conference on **January 11, 2022** at **2:00PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749** (access code: **3768660**).

**SO ORDERED.**

**Dated**:  Dec. 28, 2021
        New York, New York

                                                    */s/ Andrew L. Carter, Jr.*
                                                    _____
                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**