```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Reuben Taub, et al.,                                       :
                                                           :
                                Plaintiffs,                :
                                                           :
                -against-                                  :            1:15-CV-1366 (ALC)
                                                           :
Arrayit Corporation et al.                                 :            ORDER
                                                           :
                                Defendants.                :
-----------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/28/2022

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' joint status report. ECF No. 221. The Court will hold a status conference on **February 11, 2022 at 2PM ET**. The parties shall file another joint status report no later than **February 4, 2022** in advance of the conference. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

Dated:   1/28/2022
         New York, New York

_/s/ Andrew L. Carter_

ANDREW L. CARTER, JR.
United States District Judge