UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

Reuben Taub, et al.,

                **Plaintiffs,**

      -against-

Arrayit Corporation et al.

                **Defendants.**
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/14/2022

1:15-CV-1366 (ALC)

**ORDER SCHEDULING BENCH TRIAL**

**ANDREW L. CARTER, JR., United States District Judge:**

In accordance with the telephone status conference held on 2/11/2022, it is hereby

**ORDERED** as follows:

- Jury selection and trial set for 3/3/2022 is hereby **CANCELLED** as the parties agreed to a jury trial waiver; and
- A bench trial is now scheduled for **9:30AM ET** on **4/5/2022** in Courtroom 1306 at 40 Foley Square.

**SO ORDERED.**

**Dated:**   **2/14/2022**
            **New York, New York**

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**