| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ----------------------------------------------------------x <br> **Reuben Taub, et al.,** <br>                               **Plaintiffs,** <br>                     -against- <br> **Arrayit Corporation et al.** <br>                               **Defendants.** <br> ----------------------------------------------------------x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: 3/25/2022 <br><br> **1:15-CV-1366 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      A bench trial is scheduled to begin in this case on April 5, 2022. The Court will hold a telephonic status conference on **March 29, 2022 at 1PM ET** regarding the anticipated bench trial. The parties shall file another joint status report addressing the status of settlement of this case no later than **close of business on March 28, 2022** in advance of the conference. All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660). Members of the public and press can use the same dial-in information.

**SO ORDERED.**

**Dated:**   3/25/2022
              New York, New York

                                                                       **ANDREW L. CARTER, JR.** <br>
                                                                       **United States District Judge**