UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
REUBEN TAUB, ET AL.,                       :
:
                            Plaintiff,        :        1:15-cv-01366 (ALC)(JLC)
   -against-                                    :
:                    **ORDER**
ARRAYIT CORPORATION, ET AL.,     :
:
:
                        Defendants.     :
:
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' joint status report of April 12, 2022. Dkt. 239.

      For the upcoming in-person settlement conference on June 8, 2022, if both parties believe it would be helpful to invite representatives from Berkley Professional Liability and the W.R. Berkley Corporation ("Berkley") in order to reach a settlement, the Court is amenable to Berkley attending the session.

      The Court directs the parties to provide an update on whether Berkley will attend the June 8 settlement conference in their joint status report due on June 2.

**SO ORDERED.**

**Dated:  May 26, 2022**
           **New York, New York**

                                                                          **ANDREW L. CARTER, JR.**
                                                                           **United States District Judge**