UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                :

REUBEN TAUB, ET AL.,             :

                          Plaintiff,  :      1:15-cv-01366(ALC) (JLC)
      -against-                            :

                                          :      **ORDER**
ARRAYIT CORPORATION, ET AL.,  :

                            Defendants.  :

-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      A settlement conference is scheduled in this case on June 8, 2022.  The Court will hold a telephonic status conference on **June 7, 2022 at 2:30pm EST** regarding the status of negotiations.

All parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  June 6, 2022**
       **New York, New York**                                  **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**