UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
   REUBEN TAUB, ET AL., :
:
                               **Plaintiff,** :    1:15-cv-01366(ALC) (JLC)
        -against- :
:    **ORDER**
   ARRAYIT CORPORATION, ET AL., :
:
:
                            **Defendants.** :
:
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

      In light of the telephonic status conference held on June 7, today's Settlement Conference is CANCELLED.

      The Court directs the parties to file a Joint Status Report on their ongoing settlement talks by July 6, 2022.

**SO ORDERED.**

**Dated:  June 8, 2022**
        **New York, New York**                         **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**