UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
      :
   **REUBEN TAUB, ET AL.,**      :
      :
                   **Plaintiff,**      :   1:15-cv-01366(ALC) (JLC)
   **-against-**      :
      :   **ORDER**
   **ARRAYIT CORPORATION, ET AL.,**      :
      :
      :
                  **Defendants.**      :
      :
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of counsel for plaintiff's letter transmitted to Chambers on June 14, 2022 ("the June 14 letter").

     Plaintiffs are ordered to file a redacted version of the letter to the ECF docket, and Defendants are ordered to respond to Plaintiff's June 14 letter by Friday, June 17, 2022. If Defendants also wish to send an unredacted version of their response via email and then file a redacted copy, they may do so.

**SO ORDERED.**

**Dated:  June 15, 2022**
      **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**