```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    REUBEN TAUB, ET AL.,                                     :
                                                             :
                                    Plaintiff,               :    1:15-cv-01366(ALC) (JLC)
                    -against-                                :
                                                             :         ORDER
    ARRAYIT CORPORATION, ET AL.,                             :
                                                             :
                                                             :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiffs' letter of November 13, 2022. Dkt. 257.

Defendants are ordered to respond to Plaintiffs' letter by Thursday, November 17, 2022.

In addition, The Court will hold a telephonic status conference in this action on Monday, November 21, 2022 at 2:30PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  November 15, 2022**
              **New York, New York**                              _____
                                                                          **ANDREW L. CARTER, JR.**
                                                                          **United States District Judge**