UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
REUBEN TAUB, ET AL.,                                         :
                                                             :
                              Plaintiff,                     :     1:15-cv-01366(ALC) (JLC)
        -against-                                            :
                                                             :     **AMENDED ORDER**
ARRAYIT CORPORATION, ET AL.,                                 :
                                                             :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will move today's conference to 4:30PM EST.

The Court's telephonic status conference in this action today will now be held at 4:30PM Eastern Time. All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:  November 21, 2022**
       **New York, New York**                          _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**