UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
**REUBEN TAUB, ET AL.,** :
:
                    **Plaintiff,** :    1:15-cv-01366(ALC) (JLC)
-against-                    :
:    **ORDER**
**ARRAYIT CORPORATION, ET AL.,** :
:
                **Defendants.** :
:
-------------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

As discussed in today's Court conference, the parties are ordered to file a Joint Status Report by December 5, 2022.

**SO ORDERED.**

**Dated:  November 21, 2022**
        **New York, New York**                       **ANDREW L. CARTER, JR.**
                                                               **United States District Judge**