UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
**REUBEN TAUB, et al,**

              *Plaintiffs,*

    -against-

**ARRAYIT CORP., et al,**

             **Defendants.**

------------------------------------------------------------------ x

**15-cv-01366 (ALC) (JLC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The parties are **ORDERED** to file a joint status report by **December 11, 2023** regarding how they plan to proceed, including whether they are open to independently holding settlement discussions.

**SO ORDERED.**

**Dated:**    **December 4, 2023**
              **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**