UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

**REUBEN TAUB, et al,**

                *Plaintiffs,*

    -against-

**ARRAYIT CORP., et al,**

                *Defendants.*

------------------------------------------------------------------- x

**15-cv-01366 (ALC) (JLC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are **ORDERED** to file a joint status report by **January 5, 2024**.

**SO ORDERED.**

**Dated:**     **January 2, 2024 New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**