UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

**REUBEN TAUB, et al,**

              *Plaintiffs,*

       -against-

**ARRAYIT CORP., et al,**

              *Defendants.*

---------------------------------------------------------------- x

**15-cv-01366 (ALC) (JLC)**

<u>**ORDER OF DISCONTINUANCE**</u>

**ANDREW L. CARTER, JR., District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before **July 9, 2024**.

**SO ORDERED.**

**Dated:**     **April 10, 2024**
             **New York, New York**

                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**